NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**CHEMCO SYSTEMS, L.P.,**
*Appellant*

**v.**

**RDP TECHNOLOGIES, INC.,**
*Appellee*

———————————

2021-2371

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2019-01563.

———————————

**JUDGMENT**

———————————

MATTHEW JOHNSON, Jones Day, Pittsburgh, PA, argued for appellant.  Also represented by MARLEE HARTENSTEIN; JENNIFER L. SWIZE, Washington, DC.

THOMAS FISHER, Cozen O'Connor P.C., Washington, DC, argued for appellee.  Also represented by KERI SCHAUBERT, New York, NY.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, PROST and STARK, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<u>March 10, 2023</u>            <u>/s/ Peter R. Marksteiner</u>
Date                      Peter R. Marksteiner
                          Clerk of Court